IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO.: 1:08-CV-404

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> BRIAN K. LEWIS, BRENDA SANFORD and CYNTHIA SANFORD, </br></br> Defendants. | **ORDER ALLOWING DEPOSIT OF FUNDS** |

**THIS MATTER** is before the Court on motion for deposit of funds by Plaintiff Unum Life Insurance Company of America.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion is **ALLOWED**, and the deposit of funds by Plaintiff Unum Life Insurance Company of America in the amount of $76,000.00, plus any applicable interest, shall be accepted and deposited by the Clerk, and held until further order of this Court.

Signed: January 15, 2009

Lacy H. Thornburg
United States District Judge